# UNITED STATES DISTRIC COURT

# FOR THE MIDDLE DISTRIC OF ORLANDO FLORIDA



RECEIVED
Filed
2019 APR 15 PM 3: 07
DISTRICT COURT
ORLANDO, FLORIDA
OF FLORIDA

**PHILLIP M. SEYMORE**                                        case#6:19-cv-00650-PGB-GJK

### VS

Judge Karen Foxman

Attorney Charles Ruppel

Hearing Officer Michael Sullivan

Hearing Officer Neal Coffin

Florida Department of Revenue (title IV-D) Referred to as DOR

Judge Stasia Warren

## Amended Complaint for Civil Rights Violation (non-prisoner complaint)

**Karen Foxman Judge 101 N Alabama Ave. suite D-439 Deland Fl,32724**

**(386-626-6590) official capacity**

**DOR,Attorney Charles Ruppel 585 Ballough Rd. Daytona Bch Fla,32114**

**(386-239-5161) official capacity**

Hearing Officer Michael Sullivan 201 SE 6th Street RM.12139 Fort Lauderdale FL,33301(954-831-7214) official capacity

Hearing Officer Neal Coffin 125 E Orange Ave RM, 204 Daytona Beach Fl,32114 (386-248-8138) official capacity

Florida Department of Revenue Attorney General Office Child Support Enforcement the Capitol Plaza 01 Tallahassee Fl,32399 (850-414-3542) official capacity

Judge Stasia Warren 125 E Orange Ave RM.301 Daytona Beach Fl,32114 (386) 257-6090) official capacity

## Basis for Jurisdiction

Under 42 U.S.C 1983 you may sue state or local officials for the deprivation of any rights, privilege, or immunities secured by the Constitution and Federal Laws" Under Bivens v.six unknown named agents of Federal Bureau of Narcotics, 403 U.S 388 (1971) you may sue Federal Officials for violating certain Constitutional Rights. These are all state official except for James Evan a private Law Firm.

## RIGHTS THAT WERE VIOLATED

The 14th Amendment to the U.S. Constitution, ratified in 1868, granted citizenship to all persons born or naturalized in the United States—including former slaves—and guaranteed all citizens "equal protection of the laws." (DUE PROCESS), (EQUAL PROTECTION OF THE LAW). And my 13th Amendment the United States Constitution abolished slavery and involuntary servitude, except as punishment for a crime.

## ACTIONS OF EACH INDIVIUAL PERSON

1.Micheal Sullivan:05/31/2005 case#05-001962 Broward County Florida worked in collusion with the DOR TO violate my 5th amendment right when he ordered me to pay child support in the amount of $622 a month without complying pursuant F.S rule 1.070(j) which would have allowed me to face my accuser take a DNA which is the accuser's burden of proof to provide which is my Due process Right and colluded with the DOR to violate my 13th amendment right by placing me in a program I did not volunteer to be in for a child that's I'm not the legal father nor the biological father of adding my name to birth certificates without Due process of proving paternity a default Judgement can't establish paternity for 13yrs I've been a slave. This is not acceptable according to the 13th amendment.

**2.Judge Karen Foxman:** case#2015-3954 FMCI35 on 02/25/2016 In Volusia County Florida violated my 5th amendment right by not following the rules and procedures pursuant F.S.742.18,742.10 and ruled that I signed kids birth certificates without evidence Judge did not allow the burden of proof to be administered in the court of law but assisted in breaking the law making me the legal father of children without DNA and without me signing a birth certificate causing another child to be added to a already involuntary child support order. And colluded with the DOR attorney to break the law by with holding material facts that would have help my case Judge showed bias and impartiality. Entertained a petition that she had no Jurisdiction over. Also made a ruling based on fraud that caused a child support order to be made making me responsible for another child that was not mine without having the burden of proof. Nor did she allow in evidence that would have cleared me.

**3.DOR Attorney Charles Ruppel:** 8/16/2016 gave a false testimony that I signed Acknowledgement of paternity so that DOR can keep me in a program that I did not volunteer to be in causing me to pay more support for kids that are not mine. Still without sufficient service. The more people that goes on child support the more money he makes. Rather legal or illegal.

4.Hearing Officer Neal Coffin: Worked in collusion with DOR. Ordered me to pay child support involuntarily without sufficient service, without DNA, without a signed acknowledgement of paternity by me. Also Mr.Coffin created a fraudulent financial affidavit so that my child support and arrears can be unattainable. Which is also a violation of my Due Process right.

5.Judge Stasia Warren: Did not allow me to present my case didn't see evidence didn't allow the burden of proof to be carried out but allowed attorney Ruppel to present an argument over the phone without evidence from Mr. Ruppel nor allowing me to present my evidence she denied my petition to vacate Order and arrears. Which is a violation of due process I have a right to a fair trail and to be treated equal.

6.Florida Department of Revenue Title IV-D Child Support: Since 2005 the DOR has been taking money by placing me in a program that I did not agree to for kids that are not mine. I never had a fair trial, never had a court appearance (until 10/19/2018 that was to add another child that wasn't mine), never was served a summons, never had a DNA test, and did not sign any birth certificates. Which according to title IV-D these are the steps and procedures that are supposed to take place. Therefore, they violated my 5th and 13th amendment rights. They were made aware several times but ignored this information. The

DOR also made fraudulent financial affidavits along with Fraudulent statements naming me the only father of children that I did not partake in making nor did I assume responsibility for. I have evidence of Ms. Richard stating that she went to place me on child support for my one child with her and the DOR told her that she must make me take responsibility for the other kids as well.

## CONCLUSION

Basically for 13yrs I been paying support on a order started in Broward County Florida for a kid that was not mine never signed a birth certificate never had a DNA never was served a summons also I had no investment in creating the child but on 06/17/2004 the mother gave a statement to the DOR stating that I was the only possible. Then in a response to the petition that I filed in Volusia County on 12/26/2015 she stated truthfully in saying" when she met me, she were 3mos pregnant with her 1st child J S born 2003" Which Pursuant F.S.742.108 is a penalty for fraud Judge Foxman and Attorney Ruppel, Judge Warren, and Hearing Officer Neal Coffin were aware of Ms. Richard statement but continued to enforce court orders on me that should not have been valid. Ms. Richard also admitted that K S born 2006 was not

**Reward Seeking**

Judge Karen Foxman: $7 million, Judge Stasia Warren: $7 million,

Attorney Charles Ruppel $ 7million, Department of Revenue (title IV-D)

Child Support $110million, Hearing Officer Sullivan 3.5 million, Hearing

officer Neal Coffin $ 3.5 million.

Total seeking $131million And Relief from Judgements pertaining to

DOR.

mine for we were not in a relationship when he was conceived. My right to due process and my human right to live a happy life and my right to not be a slave in this Country has been violated for 13 going into the 14th years. This order is still being enforced in Volusia County Florida.

## PERSONAL INJURIES

I suffered in many ways being held captive with no way out I've used resources such as the legislation and the appeals court which have failed me. Being bind and required to pay on an order that is voided has cause a lot of grief in my life I've been homeless I'm having health issues. I can't sleep, can't function because I'm always worried about the kids that are mine. I can't hold a steady job because so much money has been token from my check, I have to find another job to suffice. I can't travel, I lose my income taxes. I'm not happy I'm depressed It's my human right to be happy. BEING INSLAVED BY THE DOR.

I certify that Under Federal Rule and Civil Procedure 11,by signing below I certify to the best of my knowledge ,information, and belief that this complaint (1) is not being presented for improper purpose, such as harass, cause unnecessary delay, or needlessly increase the cost of litigation, (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) The factual contentions has evidentiary support or, if specifically so identified, will likely have evidentiary support after reasonable opportunity for further investigation or discovery; and (4)The complaint otherwise complies with Federal Rule 11.

Date 4/10/19

signature of Plaintiff _Phillip_

printed name of plaintiff _Phillip M. Seymore_

SS#XXX-XX-3738 /DOB 11/03/1073/ LAST 4 ACCT#8151

## DEMAND FOR A JURY TRIAL

Plaintiff hereby ask the Court for a jury trial Pursuant Fed Rule 38